UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRY LESCH, | ) |
|     Plaintiff, | ) |
| vs. | )    Case No. 4:07CV1121 CDP |
| UNITED STATES OF AMERICA, et al., | ) |
|     Defendants. | ) |

## ORDER

Having fully considered the issues,

**IT IS HEREBY ORDERED** that the government's first motion in limine to exclude the testimony of Martha Garner [#76] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2008.